```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
PETER GREENE,                                                     :
                                                                  :
                                    Plaintiffs,                   :
                                                                  :        18-cv-6549 (LJL)
            -v-                                                   :
                                                                  :        ORDER
CITY OF NEW YORK, et. al.,                                        :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby:

ORDERED that the jointly-requested extension of deadlines for the completion of discovery (dkt. no. 46) is hereby GRANTED. The new deadlines for the completion of discovery are as follows: all fact discovery and depositions are to be completed no later than April 20, 2020; all expert discovery and depositions are to be completed no later than June 5, 2020. The post-discovery conference previously scheduled for March 11, 2020 is hereby ADJOURNED to July 7, 2020 at 10:00 a.m. No further extensions will be granted absent a detailed explanation of good cause.

In advance of the conference and no later than June 19, 2020, any party intending to move for summary judgement shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for any anticipated summary judgement motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by June 26, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the July 7, 2020 status conference, as will the timing for submission of the Joint Pre-Trial Order submission.

SO ORDERED

Dated: February 13, 2020                        _____
       New York, New York                                LEWIS J. LIMAN
                                                         United States District Judge